UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY | : | Case No. 1:08-CV-565 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| RNA CORPORATION | : | **NOTICE OF FILING UNDER SEAL** |
| Defendant. | : | |
| | : | |

Please take notice that Defendant RNA Corporation has filed the following document under seal: **MEMORANDUM IN SUPPORT OF DEFENDANT RNA CORPORATION'S RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION with DECLARATION OF JOHN HARMS ATTACHED**. A copy of the sealed document will be served on counsel by regular mail.

    Respectfully submitted:

    /s/ Robert A. McMahon_____
    Robert A. McMahon (0064319)
    Eberly McMahon LLC
    2321 Kemper Lane, Suite 100
    Cincinnati, OH 45206
    (513) 533-3441
    (513) 533-3554 fax
    bmcmahon@emh-law.com

    Trial attorney for Defendant
    RNA Corporation

# CERTIFICATE OF SERVICE

The following parties have been served electronically with a copy of the foregoing notice through the Court's ECF System on the 12th day of September, 2008:

Mark A. Vander Laan- mark.vanderlaan@dinslaw.com

The following counsel have been served by regular U.S. Mail, postage prepaid, this 12th day of September, 2008:

    Peter M. Lancaster, Esq.
    Mariah Reynolds, Esq.
    Dorsey & Whitney LLP
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402-1498

    Bruce R. Ewing, Esq.
    250 Park Avenue
    New York, NY 10177

                                            /s/ Robert A. McMahon_____