## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY | : | Case No. 1:08-CV-565 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| RNA CORPORATION | : | **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant. | : | |
| | : | |

Pursuant to Fed.R.Civ.P. 7.1, Defendant RNA Corporation hereby discloses that it does not have a parent corporation and that no public corporation owns 10% or more of its stock.

/s/ Robert A. McMahon
Robert A. McMahon (0064319)
Eberly McMahon LLC
2321 Kemper Lane, Suite 100
Cincinnati, OH 45206
(513) 533-3441
(513) 533-3554 fax
bmcmahon@emh-law.com

Trial attorney for Defendant
RNA Corporation

## CERTIFICATE OF SERVICE

The following parties have been served electronically with a copy of the foregoing document through the Court's ECF System on the 2nd day of October, 2008:

Mark A. Vander Laan- mark.vanderlaan@dinslaw.com

The following counsel have been served by regular U.S. Mail, postage prepaid, this 2nd day of October, 2008:

Peter M. Lancaster, Esq.
Mariah Reynolds, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Bruce R. Ewing, Esq.
250 Park Avenue
New York, NY 10177

/s/ Robert A. McMahon