# EXHIBIT C

**Subject:** FW: Soup Can sales

**Attachments:** Book3.xls

-----Original Message-----
**From:** Barbara Corey [mailto:BCorey@FAMILYDOLLAR.com]
**Sent:** Friday, August 29, 2008 7:55 AM
**To:** Grosnick Marketing; John Harms
**Cc:** Barbara Corey
**Subject:** Soup Can sales

---

******************************************************************** NOTE: This e-mail message contains PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual or individuals to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained herein or attached hereto is strictly prohibited. If you receive this e-mail in error, notify the person named above by reply e-mail and please delete it. Thank you.**

RNA
EXHIBIT NO. 7
10-16-08 KDR

Sales and Inventory 9/02/07 thru 08/23/08

| SKU | Loc State | All Time TL Sales Units This Year | All Time Total Ending Store Inv Units This year | |
|---|---|---|---|---|
| 2037099 FD COND HERBAL MOISTURE 12 OZ | OH Ohio | 6,191 | 2,214 | 8,405 |
| 2038417 FD SHAMP HERBAL MOISTURE 12 OZ | OH Ohio | 7,110 | 2,315 | 9,425 |

RNA
EXHIBIT NO. 8
10-16-08 KDR

RNA 0002