UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Civil File No. 1:08-cv-565 |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| RNA CORPORATION, | |
| Defendant. | |

Notice is hereby given that plaintiff The Procter & Gamble Company hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order in this case dated December 19, 2008, identified as "Entry and Order Granting RNA Corporation's Motion to Dismiss (Doc. #25) and Terminating This Case," entered in Civil Action No. 08-565.

Dated: January 20, 2009.

DINSMORE & SHOHL, LLP

By: /s/ Mark A. Vander Laan
Mark A. Vander Laan (#0013297)
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8238
Facsimile: (513) 977-8141

DORSEY & WHITNEY LLP
Peter M. Lancaster (MN #0159840)
Mariah Reynolds (MN # 0387386)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

DORSEY & WHITNEY LLP
Bruce R. Ewing (BE-0724)
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9206

*Attorneys for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been duly served upon Robert A. McMahon, Esq. at bmcmahon@emh-law.com and Frederic A. Mendelsohn, Esq. at fmendelsohn@burkelaw.com via the Court's CM/ECF electronic filing system this 20th day of January, 2009

                                                                  /s/ Mark A. Vander Laan